UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREW D. PARSONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09-cv-888 JCH |
| | ) |
| INDYMAC BANK, F.S.B., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On **October 29, 2009**, this Court ordered plaintiff to show cause why the complaint against defendant **IndyMac Bank, F.S.B.** should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendant **IndyMac Bank, F.S.B.** is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 17th day of November , 2009.

/s/ Jean C. Hamilton
Honorable Jean C. Hamilton
UNITED STATES DISTRICT JUDGE